FILED

MAY 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LARAE HARRIS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TREASURE CANYON CALCIUM COMPANY, an Idaho corporation,<br><br>        Defendant - Appellee. | No. 15-35755<br><br>D.C. No. 4:13-cv-00472-BLW<br>District of Idaho,<br>Pocatello<br><br>ORDER |

Pursuant to stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

5/20/16

CG/Mediation